No. 242. THE COLUMBIAN CORRESPONDENCE COLLEGE, APPELLANT, *v.* GEORGE B. CORTELYOU, POSTMASTER-GENERAL, ET AL. Appeal from the Court of Appeals of the District of Columbia. Motions to dismiss or affirm submitted February 19, 1906. Decided February 26, 1906. *Per Curiam.*

Dismissed for the want of jurisdiction. *South Carolina* v. *Seymour,* 153 U. S. 353, 357; *United States* v. *Lynch,* 137 U. S. 280, 286; Code District of Columbia, § 233. *Mr. Arthur A. Birney* and *Mr. Charles A. Ray* for appellant. *The Attorney General* and *The Solicitor General* for appellees.

---

*Decisions on Petitions for Writs of Certiorari from December* 12, 1905 *to February* 26, 1906.